CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

NOV 17 2008

JOHN F. CORCORAN, CLERK
BY: _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JAMES C. GRAHAM, ) | |
| Petitioner, ) | Civil Action No. 7:07-cv-00377 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Hon. Glen E. Conrad |
| Respondent. ) | United States District Judge |

This action, brought as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is before the court upon the Report and Recommendation of the United States Magistrate Judge, prepared pursuant to 28 U.S.C. § 636(b). The Magistrate Judge recommended that the motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, be dismissed. The ten (10) days allotted under § 636(b) for parties to object to the findings and recommendations in the Magistrate Judge's Report have expired, and neither party has filed objections. Accordingly, it is hereby

**ORDERED**

that the Report and Recommendation of the Magistrate Judge shall be and hereby is **ADOPTED** in its entirety; the government's motion to dismiss is **GRANTED**; the amended motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED**; and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send copies of this order to counsel of record.

ENTER: This 17th day of November, 2008.

_/s/ Glen Conrad_
United States District Judge